**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00644-CR

---

**RADAWN SANDERS TAPSCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 19-051**

---

### MEMORANDUM OPINION

Appellant has been convicted of tampering with or fabricating physical evidence in violation of Texas Penal Code § 37.09. On November 3, 2021, the trial court sentenced appellant to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal on November 8, 2021.

On March 8, 2021, after the court reporter informally indicated appellant no longer wished to proceed with this appeal, this court abated the appeal and ordered

a hearing to clarify whether appellant wished to proceed. On March 30, 2021, the trial court conducted the hearing, and the record of the hearing was filed in this court on April 7, 2021. At the hearing, appellant verbally confirmed to the trial court that she no longer wished to pursue this appeal. Appellant was also represented by counsel at the hearing.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b)